UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER MACK,<br><br>                Plaintiff,<br>v.<br>ROMEO ARANAS, *et al.*,<br><br>                Defendants. | Case No. 2:17-cv-02239-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Time (ECF No. 17), filed on July 11, 2019.

On November 15, 2018, the Court granted Plaintiff's application to proceed *in forma pauperis*. *See* ECF No. 11. The Court instructed the Attorney General's Office to file a notice advising the Court and Plaintiff of (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. *Id.* Per the Court's Order, the Attorney General's Office informed the Court that it did not accept service on behalf of Defendant Aranas and Defendant Murphy and filed under seal the last known addresses for them. On June 12, 2019, the Clerk of the Court filed a notice of intent to dismiss pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effectuate service. ECF No. 16.

Plaintiff requests an extension of time to effectuate service on Defendants Aranas and Murphy. He states that he misunderstood the notice of acceptance of service and believed it applied to all Defendants. The Court finds good cause to grant Plaintiff's request for extension of time to effectuate service. Plaintiff shall have forty-five (45) days from the entry of this order in which to serve Defendants. Further, the Court will direct the U.S. Marshal's office to serve the summons and complaint on Defendants Aranas and Murphy. Accordingly,

1

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a summons **under seal** to Defendants Aranas and Murphy at the last known addresses found in ECF No. 13.

**IT IS FURTHER ORDERED** that Clerk of the Court shall provide the U.S. Marshal's office with the Summons, a copy of Plaintiff's Complaint (ECF No. 6), a copy of the Attorney General's submission of last known addresses (ECF No. 13), and a copy of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send the required USM-285 forms to Plaintiff. Plaintiff shall have twenty (20) days to furnish the required USM-285 forms to the U.S. Marshal at 333 Las Vegas Blvd., South, Suite 2058, Las Vegas, Nevada 89101.[1]

**IT IS FURTHER ORDERED** that the U.S. Marshal **shall NOT** provide Plaintiff with a copy of the completed USM-285 forms. Rather, the U.S. Marshal's office shall file the executed summon **under seal** to demonstrate that service has been completed.

Dated this 18th day of July, 2019.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Because Plaintiff is not privy to the Defendants' last known addresses, he does not have to fill out the address section of the USM-285 form. That section will be completed by the U.S. Marshal. However, all other sections of the form shall be filled out to the best of Plaintiff's ability.