# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Christopher D. Mack,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Romero Aranas, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:17-cv-2239APG-EJY<br><br>**ORDER DISMISSING DEFENDANT JAKE MURPHY**<br><br>[ECF No. 23] |

On September 24, 2019, the plaintiff was advised by the court (ECF No. 23) that this action would be dismissed without prejudice as to defendant Jake Murphy unless on or before October 24, 2019, he filed proper proof of service or showed good cause why service was not made. The plaintiff has failed to file proof of service nor shown good cause. Nor has he shown cause why this action should not be dismissed without prejudice as to Mr. Murphy for failure to effect timely service pursuant to FRCP 4(m).

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice as to defendant Jake Murphy.

Dated: October 28, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE