1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER D. MACK,

          Plaintiff,

    v.

ROMERO ARANAS, *et al.*,

          Defendants.

Case No. 2:17-cv-02239-APG-EJY

**ORDER**

Before the Court is Plaintiff's Motion for Enlargement of Time, FRCP 6(b)/FRCP 26(b). This is docketed as ECF No. 29.  No response to this Motion was filed.

Plaintiff's Motion seeks to enlarge time from April 6, 2020 to May 20, 2020 because he has been in Administrative Segregation and have very limited access to the law library or library clerks. The Court has no  issue with the brief extension Plaintiff seeks; however, the Motion does not state for what purposes the extension is needed.  Nonetheless, given that no response was received, and the Motion appears to be in good faith and due to a legitimate problem,

IT IS HEREBY ORDERED that Plaintiff's Motion for Enlargement of Time, FRCP 6(b)/FRCP 26(b), ECF No. 29 is GRANTED.

DATED:  April 23, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1