UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER D. MACK,

         Plaintiff,

    v.

ROMERO ARANAS, *et al.*,

         Defendants.

Case No. 2:17-cv-02239-APG-EJY

**ORDER**

Before the Court is Defendant Bob Faulkner's Motion for Extension of Time to File Motions for Summary Judgment (ECF No. 35) filed on July 14, 2020.  No response to the Motion has been file.

Defendant Faulkner requests a 90 day extension of time to file dispositive motion due to counsel's lack of access to records necessary to prepare such a motion caused by COVID -19.  While COVID-19 may slow the ability of counsel to obtain access to records, a 60 day extension of time should be sufficient to obtain whatever access is needed to prepare a dispositive motion.

Accordingly,

IT IS HEREBY ORDERED that Defendant Bob Faulkner's Motion for Extension of Time to File Motions for Summary Judgment (ECF No. 35) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the dispositive motion deadline is extended to October 2, 2020.  The response to any such motion shall be due on October 23, 2020.  Replies shall be due on November 6, 2020.

IT IS FURTHER ORDERED that no further extensions of time for dispositive motions will be granted absent extraordinary circumstances.

Dated this 31st day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1