**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER D. MACK,<br><br>　　　　Plaintiff<br><br>v.<br><br>ROMERO ARANAS, et al.,<br><br>　　　　Defendants | Case No.: 2:17-cv-02239-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 34, 36] |

　　　　On July 29, 2020, Magistrate Judge Youchah recommended that I deny plaintiff Christopher Mack's motion to amend to the extent he seeks (1) to add three new Doe defendants and (2) money damages against the defendants in their official capacities. ECF No. 36.  Mack did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 36) is accepted** and the plaintiff's motion to amend **(ECF No. 34) is GRANTED in part** as set forth in Judge Youchah's order (ECF No. 36).  The motion to amend is denied to the extent the amended complaint seeks to add three new Doe defendants or asserts "official capacity" claims for money damages.  Those allegations are dismissed with prejudice.

　　　　DATED this 2nd day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE